UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:10-CR-116(02) RM |
| ) | |
| ALEJANDRO CASTILLO ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on December 8, 2010 [Doc. No. 46]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Alejandro Castillo's plea of guilty, and FINDS the defendant guilty of Count 2 of the superceding indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  January 3, 2011 

                                          /s/ Robert L. Miller, Jr.  
                                         Judge  
                                         United States District Court